Case 2:19-mc-00145-UA-E

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
JOSHUA M. ROSENBERG (SBN 274473)
  jrosenberg@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Petitioner Sparkasse Köln Bonn

CLERK, U.S. DISTRICT COURT
JUL 17 2019
CENTRAL DISTRICT OF CALIFORNIA
BY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| IN RE APPLICATION OF SPARKASSE KÖLN BONN FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING,<br><br>Petitioner, | Misc. Action No. 2:19-mc-00145-UA-E<br><br>[~~PROPOSED~~] ORDER TO ISSUE SUBPOENAS TO METRO-GOLDWYN-MAYER STUDIOS, INC. AND TO EDWARD SLIZEWSKI FOR THE TAKING OF A DEPOSITION AND THE PRODUCTION OF DOCUMENTS PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN A FOREIGN PROCEEDING |

11205.00002/647115.1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Petitioner Sparkasse Köln Bonn ("Applicant"), having applied for an order granting leave to obtain discovery for use in foreign proceedings pursuant to 28 U.S.C. § 1782; and

This Court, having considered the papers submitted by Applicant including the Application, Declarations and Exhibits in Support, finds that the Application should be GRANTED *in part*.

IT IS HEREBY ORDERED that:

(1) Applicant's Application for discovery pursuant to 28 U.S.C. § 1782 is granted *in part*;

(2) Applicant, through counsel or his agent, is authorized to issue, sign and serve subpoenas upon Metro-Goldwyn-Mayer Studios Inc. ("MGM") and Mr. Edward Slizewski in substantially the same form as attached to the Declaration of Joshua M. Rosenberg as Exhibits 1 and 2 to take discovery relating to the issue identified in this Application; and

(3) The ~~Witnesses MGM and Mr. Slizewski must comply with such subpoenas in accordance with the with~~ *subpoenas shall be governed by* the Federal Rules of Civil Procedure *and* the Local Rules of the Central District of California, ~~and the Rules of this Court~~.

IT IS SO ORDERED:

DATED: 7/17/19

_____
United States ~~District Judge~~ *Magistrate Judge*